IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHRISTOPHER LAMAR KING, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> OKLAHOMA DEPARTMENT OF ) <br> CORRECTIONS, ) <br> ) <br> Defendant. ) | Case No. CIV-25-1278-SLP |

# O R D E R

Before the Court is the Report and Recommendation (R&R) of United States Magistrate Judge Chris M. Stephens [Doc. No. 6]. The Magistrate Judge recommends that the Court deny Plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs (Application) [Doc. No. 3].[1] Any objection to the R&R was due by December 23, 2025. *See* [Doc. No. 6] at 3. No objection has been filed, nor has an extension of time in which to object been sought or granted.

Accordingly, the Report and Recommendation [Doc. No. 6] is ADOPTED and Plaintiff's Application to Proceed in District Without Prepaying Fees or Costs [Doc. No. 3] is DENIED. Plaintiff shall pay the $405.00 filing fee on or before January 26, 2026. Plaintiff is advised that failure to timely pay the filing fee shall result in dismissal of this action without prejudice.

---

[1] The Magistrate Judge ordered Plaintiff to cure deficiencies in the Application by December 1, 2025. *See* Order [Doc. No. 5]. Plaintiff failed to file an amended Application to cure such deficiencies.

IT IS SO ORDERED this 5th day of January, 2026.

_____
SCOTT L. PALK
UNITED STATES DISTRICT JUDGE